# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAYLA DENISE CURTIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>　　　Defendant. | Case No. CIV-20-220-RAW-KEW |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

　　　On September 14, 2021, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 19] .  The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 20].  Claimant objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ committed error in failing to properly assess Claimant's mental health listing level of severity; failing to properly consider, evaluate, weigh, and account for medical evidence and opinions; and failing to properly assess Claimant's credibility.

　　　Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported.  The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 29th day of September, 2021.

.

_____
**The Honorable Ronald A. White**
**United States District Judge**
**Eastern District of Oklahoma**